# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-1016-RPM-MJW

MICHAEL ZINNIA,

    Plaintiff,

v.

JEFFERSON COUNTY, a body politic and corporate of the State of Colorado, et al.,

    Defendants.

_____

## ORDER ON DEFENDANT TUTHILL'S MOTION FOR EXTENSION
## OF TIME TO ANSWER OR OTHERWISE RESPOND
_____

    This matter comes before the Court on Defendant William A. Tuthill, III's motion for extension of time to answer or otherwise respond to plaintiff's complaint. The Court, being fully advised in the premises, orders as follows:

    Defendant Tuthill's motion is GRANTED. Defendant Tuthill shall have to and including November 6, 2005, within which to answer or otherwise respond in this matter.

    DONE on October 18, 2005.

                                                    BY THE COURT:

                                                    s/Richard P. Matsch

                                                    _____

                                                    United States District Court Judge