IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01016-RPM

MICHAEL L. ZINNA,

        Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO,
JAMES CONGROVE, individually and in his official capacity as Chairman of the Board of County Commissioners of the County of Jefferson and Jefferson County Commissioner, District 1,
J. KEVIN McCASKY, individually, and in his official capacity as Jefferson County Commissioner, District 2,
DAVID AUBURN, individually, and in his official capacity as Jefferson County Commissioner, District 3,
TED MINK, individually, and in his official capacity as Jefferson County Sheriff,
PATRICK THOMPSON, individually, and in his official capacity as Jefferson County Administrator,
ELLEN WAKEMAN, individually, and in her official capacity as an Assistant Jefferson County Attorney,
LILY OEFFLER, individually, and in her official capacity as an Assistant Jefferson County Attorney,
JOHN THIRKELL, individually, and in his official capacity as an Assistant Jefferson County Attorney,
JEANNE P. BERGMAN, individually, and in her official capacity as a former Law Clerk to Judge James T. Zimmerman, First Judicial District of Colorado, and as an Assistant Jefferson County Attorney,
DAN BRINDLE, individually, and in his official capacity as former Director of Jefferson County Public Works,
TROY STOVER, individually, and in his official capacity as former Manager of Jefferson County Airport,
MICHELLE LAWRENCE, individually, and in her official capacity as former Jefferson County Commissioner,
RICHARD M. SHEEHAN, individually, and in his official capacity as former Jefferson County Commissioner,
WILLIAM A. TUTHILL III, individually, and in his official capacity as former Jefferson County Attorney,
CYNTHIA M. BEYER-ULRICH, individually, and in her official capacity as former Assistant Jefferson County Attorney,

SUSAN PROSE, individually, and in her official capacity as former Assistant Jefferson County Attorney,
JOHN MASSON, individually, and in his official capacity as former Jefferson County Public Information Officer,
CHARLES MONTOYA, individually, and in his official capacity as former Jefferson County Finance Director,
SHERI SHEEHAN, citizen of Jefferson County, Colorado, and
DOES 1-50, citizens of the State of Colorado,

        Defendants.

_____

ORDERS ON PENDING MOTIONS AND FOR HEARING
_____

There are now pending in this civil action motions to dismiss under Fed.R.Civ.P. 12(b)(2)( and 12(b)(6) filed on behalf of the following defendants: Jefferson County, James Congrove, J. Kevin McCasky, David Auburn, Ted Mink, Patrick Thompson, Ellen Wakeman, Lily Oeffler, John Thirkell, Dan Brindle, Michelle Lawrence, Susan Prose, Charles Montoya, and Cynthia M. Beyer-Ulrich. Jefferson County has also moved to dismiss because the County must be sued by suit against the Board of County Commissioners of Jefferson County. The plaintiff filed a motion to amend the complaint and caption to correct that error and that motion is granted. The Board of County of Commissioners of Jefferson County is substituted as the correct defendant.

Defendants Jeanne (Bergman) Judge and William A. Tuthill III have been granted extensions of time to respond to the complaint. It is expected that those responses will also be as motions. The plaintiff filed a motion for enlargement of time to file a surreply to the various motions to dismiss to and including December 15, 2005, noting that materials outside the complaint have been submitted in support of the

motions and that they may therefore be considered under Fed.R.Civ.P. 56.  There is also pending a defendants' motion for sanctions under Fed.R.Civ.P. 11.  The Court considers that motion premature.  To clarify the confusing procedural record in this case and to proceed with a determination of dispositive motions, it is now

ORDERED:

1.  The plaintiff's motion to amend and correct the caption and identify the Board of County Commissioners of Jefferson County as the correct defendant is granted.

2.  The several motions to dismiss for lack of proper service are denied.

3.  The defendants' motions to dismiss will be considered as motions for summary judgment under Fed.R.Civ.P. 56.

4.  The plaintiff shall have to and including December 2, 2005, within which to file any supplementary response to the motions for summary judgment.

5.  Oral argument on the motions for summary judgment will be heard on **December 21, 2005, at 10:00 a.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.

DATED:  October 20, 2005

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge