IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1016-RPM-MJW

MICHAEL L. ZINNA,
Plaintiff,

v.

JEFFERSON COUNTY, a body politic and corporate of the State of Colorado, et.al.
Defendants.

---

ORDER ON STIPULATED MOTION TO DISMISS DEFENDANT JEANNE BERGMAN

---

THIS Matter comes before the Court on the parties' stipulated motion to dismiss Defendant Jeanne Judge with prejudice. The Court, being fully advised in the premises, orders as follows:

The motion is GRANTED. Jeanne Judge is dismissed with prejudice, each party to bear their own costs and attorney fees.

Dated: October 28th, 2005

            s/Richard P. Matsch
            _____.
            District Court Judge