# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-1016-RPM-MJW

MICHAEL ZINNIA,

      Plaintiff,

v.

JEFFERSON COUNTY, a body politic and corporate of the State of Colorado, et al.,

      Defendants.

_____

**ORDER ON DEFENDANT TUTHILL'S MOTION TO JOIN IN THE JEFFERSON COUNTY DEFENDANTS' MOTION TO DISMISS, BRIEF IN SUPPORT OF MOTION TO DISMISS, AND REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS AND JOIN IN THE JEFFERSON COUNTY DEFENDANTS' MOTION FOR SANCTIONS**

_____

      This matter comes before the Court on Defendant William A. Tuthill, III's motion to join in the Jefferson County Defendants' Motion to Dismiss, Brief in Support of Motion to Dismiss, and Reply Brief in Support of Motion to Dismiss and Join in the Jefferson County Defendants' Motion for Sanctions.  The Court, being fully advised in the premises, orders as follows:

      Defendant Tuthill's motion is GRANTED.  Defendant Tuthill shall be allowed to join in the Jefferson County Defendants' Motion to Dismiss, Brief in Support of Motion to Dismiss, and Reply Brief in Support of Motion to Dismiss and Join in the Jefferson County Defendants' Motion for Sanctions.

      DONE on November 8, 2005.

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    United States District Court Judge