IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01016-RPM

MICHAEL L. ZINNA,

        Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO,
JAMES CONGROVE, individually and in his official capacity as Chairman of the Board of County Commissioners of the County of Jefferson and Jefferson County Commissioner, District 1,
J. KEVIN McCASKY, individually, and in his official capacity as Jefferson County Commissioner, District 2,
DAVID AUBURN, individually, and in his official capacity as Jefferson County Commissioner, District 3,
TED MINK, individually, and in his official capacity as Jefferson County Sheriff,
PATRICK THOMPSON, individually, and in his official capacity as Jefferson County Administrator,
ELLEN WAKEMAN, individually, and in her official capacity as an Assistant Jefferson County Attorney,
LILY OEFFLER, individually, and in her official capacity as an Assistant Jefferson County Attorney,
JOHN THIRKELL, individually, and in his official capacity as an Assistant Jefferson County Attorney,
JEANNE P. BERGMAN, individually, and in her official capacity as a former Law Clerk to Judge James T. Zimmerman, First Judicial District of Colorado, and as an Assistant Jefferson County Attorney,
DAN BRINDLE, individually, and in his official capacity as former Director of Jefferson County Public Works,
TROY STOVER, individually, and in his official capacity as former Manager of Jefferson County Airport,
MICHELLE LAWRENCE, individually, and in her official capacity as former Jefferson County Commissioner,
RICHARD M. SHEEHAN, individually, and in his official capacity as former Jefferson County Commissioner,
WILLIAM A. TUTHILL III, individually, and in his official capacity as former Jefferson County Attorney,
CYNTHIA M. BEYER-ULRICH, individually, and in her official capacity as former Assistant Jefferson County Attorney,

SUSAN PROSE, individually, and in her official capacity as former Assistant Jefferson County Attorney,
JOHN MASSON, individually, and in his official capacity as former Jefferson County Public Information Officer,
CHARLES MONTOYA, individually, and in his official capacity as former Jefferson County Finance Director,
SHERI SHEEHAN, citizen of Jefferson County, Colorado, and
DOES 1-50, citizens of the State of Colorado,

       Defendants.

_____

## ORDER
_____

Upon consideration of Defendants John Masson and Troy Stover 's Motion to Join in the Jefferson County Defendants' Motion to Dismiss, Brief in Support of Motion to Dismiss, and Reply Brief in Support of Motion to Dismiss and Join in the Jefferson County Defendants' Motion for Sanctions (Doc. #43), filed on November 2, 2005, it is

ORDERED that the motion is granted and Defendants John Masson and Troy Stover shall be allowed to join in the Jefferson County Defendants' Motion to Dismiss, Brief in Support of Motion to Dismiss, and Reply Brief in Support of Motion to Dismiss and Join in the Jefferson County Defendants' Motion for Sanctions.

DATED: November 14, 2005

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____
                                              Richard P. Matsch, Senior District Judge