IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01016-RPM

MICHAEL L. ZINNA,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO,
JAMES CONGROVE, individually and in his official capacity as Chairman of the Board of County Commissioners of the County of Jefferson and Jefferson County Commissioner, District 1,
J. KEVIN McCASKY, individually, and in his official capacity as Jefferson County Commissioner, District 2,
DAVID AUBURN, individually, and in his official capacity as Jefferson County Commissioner, District 3,
TED MINK, individually, and in his official capacity as Jefferson County Sheriff,
PATRICK THOMPSON, individually, and in his official capacity as Jefferson County Administrator,
ELLEN WAKEMAN, individually, and in her official capacity as an Assistant Jefferson County Attorney,
LILY OEFFLER, individually, and in her official capacity as an Assistant Jefferson County Attorney,
JOHN THIRKELL, individually, and in his official capacity as an Assistant Jefferson County Attorney,
JEANNE P. BERGMAN, individually, and in her official capacity as a former Law Clerk to Judge James T. Zimmerman, First Judicial District of Colorado, and as an Assistant Jefferson County Attorney,
DAN BRINDLE, individually, and in his official capacity as former Director of Jefferson County Public Works,
TROY STOVER, individually, and in his official capacity as former Manager of Jefferson County Airport,
MICHELLE LAWRENCE, individually, and in her official capacity as former Jefferson County Commissioner,
RICHARD M. SHEEHAN, individually, and in his official capacity as former Jefferson County Commissioner,
WILLIAM A. TUTHILL III, individually, and in his official capacity as former Jefferson County Attorney,
CYNTHIA M. BEYER-ULRICH, individually, and in her official capacity as former Assistant Jefferson County Attorney,

SUSAN PROSE, individually, and in her official capacity as former Assistant Jefferson County Attorney,
JOHN MASSON, individually, and in his official capacity as former Jefferson County Public Information Officer,
CHARLES MONTOYA, individually, and in his official capacity as former Jefferson County Finance Director,
SHERI SHEEHAN, citizen of Jefferson County, Colorado, and
DOES 1-50, citizens of the State of Colorado,

       Defendants.

_____

## ORDER ON PLAINTIFF'S MOTIONS
_____

      On November 30, 2005, the plaintiff filed a pleading designated Plaintiff's Motion to Drop Parties Pursuant to Fed.R.Civ.P. 21 and a Motion for Leave to File Second Amended Complaint Pursuant to Fed.R.Civ.P. 15.  A second amended complaint was tendered with the motion.  The plaintiff's reliance on Rule 21 is insufficient because while no responsive pleadings have yet been filed in this civil action, some of the defendants have filed motions for sanctions in addition to their motions to dismiss which have been deemed motions for summary judgment set for hearing on December 21, 2005, at 10:00 a.m.  The motion to amend the complaint seeks a second amendment and is not, therefore, a matter of right under Rule 15.  Additionally, the tendered amended complaint includes many allegations which appear to be extraneous to the plaintiff's claim under 42 U.S.C. § 1983 and it is unclear what jurisdiction this court would have over what has been identified as the second cause of action.  Additionally, it is not apparent why some of the defendants are named only in their official capacity.  Accordingly, it is

ORDERED that the pleadings filed by the plaintiff on November 30, 2005, will be considered at the December 21, 2005, 10:00 a.m. hearing. The defendants need not file written responses to these additional motions prior to the hearing.

DATED: December 6, 2005

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge