IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01016-RPM

MICHAEL L. ZINNA,

        Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO,
JAMES CONGROVE, individually and in his official capacity as Chairman of the Board
of County Commissioners of the County of Jefferson and Jefferson County
Commissioner, District 1,
J. KEVIN McCASKY, individually, and in his official capacity as Jefferson County
Commissioner, District 2,
DAVID AUBURN, individually, and in his official capacity as Jefferson County
Commissioner, District 3,
TED MINK, individually, and in his official capacity as Jefferson County Sheriff,
PATRICK THOMPSON, individually, and in his official capacity as Jefferson County
Administrator,
JEANNE P. BERGMAN, individually, and in her official capacity as a former Law Clerk
to Judge James T. Zimmerman, First Judicial District of Colorado, and as an Assistant
Jefferson County Attorney,and
DOES 1-50, citizens of the State of Colorado,

        Defendants.

_____

ORDER OF DISMISSAL WITHOUT PREJUDICE OF CERTAIN DEFENDANTS, FOR
FILING SECOND AMENDED COMPLAINT AND RELATED ORDERS
_____

        Pursuant to the hearing held on December 21, 2005, and the oral rulings made

at that time, it is

        ORDERED that defendants Ellen Wakeman, Lily Oeffler, John Thirkell, Dan

Brindle, Troy Stover, Michelle Lawrence, Richard M. Sheehan, William A. Tuthill, III,

Cythia M. Beyer-Ulrich, Susan Prose, John Masson, Charles Montoya, and Sheri

Sheehan are dismissed without prejudice and rulings on their motions for sanctions

under F.R.C.P. 11 are reserved for hearing at a time to be set by the Court.  It is

FURTHER ORDERED that the plaintiff's motion for leave to file second

amended complaint, filed November 30, 2005, is granted with the exception of the

second claim for relief as to which this Court declines to exercise supplemental

jurisdiction under 28 U.S.C. § 1367.  It is

FURTHER ORDERED that the defendants named as defendants in the First

Claim for Relief of the Second Amended Complaint have 30 days in which to respond.

It is

FURTHER ORDERED that the Clerk of this Court shall remove from the notice

of electronic filing list the names of counsel representing the above referenced

defendants who are dismissed.

DATED: December 23, 2005

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge