IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01016-RPM

MICHAEL L. ZINNA,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO, et al.,

    Defendants.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/
M. Virginia Wentz
  Secretary

  Defendant Tuthill's Motion to Join Pending Motions for Sanctions (Doc. #70) is granted.


Dated:  December 23, 2005