IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01016-RPM

MICHAEL L. ZINNA,

       Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OFJEFFERSON,
a body corporate and politic of the State of Colorado,
JAMES CONGROVE, individually and in his official capacity as Chairman of the Board of County Commissioners of the County of Jefferson and Jefferson County Commissioner, District 1,
J. KEVIN McCASKY, in his official capacity as Jefferson County Commissioner, District 2,
DAVID AUBURN, in his official capacity as Jefferson County Commissioner, District 3,
TED MINK, in his official capacity as Jefferson County Sheriff,
JIM MOORE, in his ofifcial capacity as Jefferson County Administrator,
and
DOES 1-50, citizens of the State of Colorado,

       Defendants.

_____

ORDER FOR FILING THIRD AMENDED COMPLAINT AND FOR TIME TO RESPOND
_____

       Pursuant to the Stipulated Motion to Permit Filing of Third Amended Complaint, filed January 19, 2006, tendering a third amended complaint, it is

       ORDERED that the motion is granted and the third amended complaint tendered therewith is ordered filed.  It is

       FURTHER ORDERED that the defendants named in the third amended complaint have until February 6, 2006, to respond to the third amended complaint.

DATED: January 25, 2006

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge