IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01016-RPM

MICHAEL L. ZINNA,

        Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OFJEFFERSON,
a body corporate and politic of the State of Colorado,
JAMES CONGROVE, individually and in his official capacity as Chairman of the Board of County Commissioners of the County of Jefferson and Jefferson County Commissioner, District 1,
J. KEVIN McCASKY, in his official capacity as Jefferson County Commissioner, District 2,
DAVID AUBURN, in his official capacity as Jefferson County Commissioner, District 3,
DOES 1-50, citizens of the State of Colorado,

        Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16.1, it is

ORDERED that a scheduling conference will be convened on **September 21, 2006, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions. Proposed orders are to be double-spaced. In addition, an original and one copy (paper) of the proposed

Scheduling Order shall be submitted directly to chambers by September 14, 2006.

DATED: August 1st, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge