IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 05-cv-1016-RPM-MJW

MICHAEL L. ZINNA,

        Plaintiff,

v.

JEFFERSON COUNTY, a body politic and corporate of the State of Colorado, JAMES CONGROVE, individually, and in his official capacity as Chairman of the Board of County Commissioners of the County of Jefferson and Jefferson County Commissioner, District 1,

        Defendants.

## ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER

The Court hereby grants the Joint Motion for Protective Order filed by the Parties, and orders the Parties to comply with the terms of the Joint Motion with respect to Confidential Information. Any pleadings or briefs quoting or discussing Confidential Information will not be accepted for filing "under seal" or otherwise kept out of the public record in this action, however, except by court order issued upon motion of the party seeking to file the documents under seal. Any motion requesting leave to file documents under seal shall comply with the requirements of D.C.COLO.LCivR 7.2 and 7.3.

DATED this 28th day of September 2006.

        BY THE COURT:
        s/Richard P. Matsch
        _____
        Richard P. Matsch
        United States District Judge