IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01016-RPM

MICHAEL L. ZINNA,

        Plaintiff,

v.

JEFFERSON COUNTY, a body politic and corporate of the State of Colorado,
JAMES CONGROVE, individually and in his official capacity as Chairman of the Board
of County Commissioners of the County of Jefferson and Jefferson County
Commissioner, District 1,

        Defendants.

_____

ORDER GRANTING MOTION OF CHRIS PAULSEN TO WITHDRAW AS PLAINTIFF'S COUNSEL AND MOTION TO STAY DEPOSITIONS AND DISCOVERY
_____

On November 12, 2006, attorney Chris Paulsen filed his motion for withdrawal as counsel for plaintiff Michael L. Zinna, with attachments, demonstrating that he may have ethical constraints in proceeding to represent the plaintiff in this action as a result of new litigation involving Mr. Paulsen directly and also representing that Mr. Zinna requests change of representation, and it also appearing that there are unresolved motions for sanctions under Fed. R. Civ. P. 11, which the Court has deferred, and the plaintiff having on November 15, 2006, also filed a Motion to Stay Depositions and Discovery with the request that he be granted 90 days to find new counsel to represent him in this action, a delay that this Court considers unreasonable, it is now

ORDERED that Mr. Paulsen's motion to withdraw is granted subject to the requirement that he remain in this action to the extent necessary to adjudicate the pending motions for sanctions, and it is

FURTHER ORDERED that the Motion to Stay Depositions and Discovery is granted for a period of 45 days to permit the plaintiff to obtain the entry of appearance of new counsel to pursue this litigation.  Such counsel shall enter an appearance on or before January 2, 2007.

DATED: November 16th, 2006

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge