IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-01016-RPM-MJW

MICHAEL L. ZINNA,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON,
a body politic and corporate of the State of Colorado, and
JAMES CONGROVE, individually, and in his official capacity as
Chairman of the Board of County Commissioners of the County of Jefferson and
Jefferson County Commissioner, District I,

    Defendants.

---

## MINUTE ORDER

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

    It is hereby ORDERED that the Pro Se Plaintiff Zinna's Motion for Reconsideration (docket no. 151) is DENIED.  This court has now further reviewed the responses by the Pro Se Plaintiff Zinna as to the discovery motions contained in this court's order (docket no. 150), and I find that my rulings contained in docket no. 150 are correct and therefore, the Pro Se Plaintiff Zinna's Motion for Reconsideration should be denied.

Date:  August 6, 2007