IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael J. Watanabe**

Civil Action No. 05-CV-01016-RPM-MJW

MICHAEL L. ZINNA,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON,
a body politic and corporate of the State of Colorado, and
JAMES CONGROVE, individually, and in his official capacity as
Chairman of the Board of County Commissioners of the County of Jefferson and
Jefferson County Commissioner, District I,

    Defendants.

---

**MINUTE ORDER**

---

    It is hereby ORDERED that Pro Se Plaintiff Zinna's Motion for Leave of Court to File a Surreply, DN 167, filed with the Court on October 1, 2007, is DENIED.  The Federal Rules of Civil Procedures make no provisions for filing of sur-replies.

Date: October 4, 2007