IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael J. Watanabe**

Civil Action No. 05-cv-01016-RPM-MJW

MICHAEL L. ZINNA,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON,
a body politic and corporate of the State of Colorado, and
JAMES CONGROVE, individually, and in his official capacity as
Chairman of the Board of County Commissioners of the County of Jefferson and
Jefferson County Commissioner, District I,

    Defendants.

---

## MINUTE ORDER

---

It is hereby ORDERED that non-party Daril Cinquanta's Motion for Leave to File Reply in Support of Motion to Limit Scope of Deposition of Daril Cinquanta (document 169) is DENIED.

Date: October 12, 2007