IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01016-RPM-MJW

MICHAEL L. ZINNA,

      Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON,
a body politic and corporate of the State of Colorado, and
JAMES CONGROVE, individually, and in his official capacity as
Chairman of the Board of County Commissioners of the County of Jefferson and
Jefferson County Commissioner, District I,

      Defendants.

---

**MINUTE ORDER**

---

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the plaintiff's Unopposed Motion for Leave to
Conduct Two Depositions Outside Discovery Cut-Off (Docket No. 185) is granted.
Accordingly, plaintiff shall be permitted to conduct the depositions of Daril Cinquanta
and Frank Hutfless on December 12, 2007.  In addition, the dispositive motion deadline
is extended to January 18, 2008.

Date: November 16, 2007