IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01016-RPM-MJW


MICHAEL L. ZINNA,

        Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO,
and JAMES CONGROVE, individually and in his official capacity as Chairman of the
Board of County Commissioners of the County of Jefferson and Jefferson County
Commissioner, District 1,

        Defendants.

_____

ORDER VACATING ORDER OF REFERENCE AND FOR STAY OF PROCEEDINGS
PENDING DETERMINATION OF SUMMARY JUDGMENT MOTIONS
_____

On January 18, 2008, the defendants filed motions for summary judgment. On

January 22, 2008, Magistrate Judge Michael J. Watanabe filed his recommendation on

the plaintiff's motion for leave to file  first supplement to third amended complaint. The

plaintiff filed his objection to that recommendation on February 8, 2008. Magistrate

Judge Watanabe has scheduled a pretrial conference for March 3, 2008, at 8:30 a.m.

Because of the pending motions for summary judgment, it appears that the scheduled

pretrial conference should be vacated and the order of reference to Magistrate Judge

Watanabe should also be vacated enabling this Court to resume full management of

this litigation. It also appears that the objection to the magistrate judge's

recommendation for denial of the motion to supplement the third amended complaint is

based on a concern that the magistrate judge has limited discovery to the four corners of the factual allegations contained in the third amended complaint. This Court will determine the scope of admissible evidence at trial if this civil action proceeds beyond the defendants' motions for summary judgment. Accordingly, the motion to file a supplement to the third amended complaint is not determinative on the admissibility of evidence, thereby making the objection to the magistrate judge's recommendation a matter reserved to the Court. It is now

ORDERED that the pretrial conference scheduled for March 3, 2008, at 8:30 a.m. is vacated. It is

FURTHER ORDERED that the order of reference to Magistrate Judge Michael J. Watanabe is vacated. It is

FURTHER ORDERED that all further proceedings in this civil action are stayed excepting for the filings related to the defendants' motions for summary judgment.

Dated: February 12th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge