IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: May 14, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 05-cv-01016-RPM

MICHAEL L. ZINNA,                                                  Christopher P. Beall
                                                                                                          Adam Platt

      Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS                 Thomas Lyons
OF THE COUNTY OF JEFFERSON, a body corporate and     Writer Mott
politic of the State of Colorado and
JAMES CONGROVE, individually and in his official capacity     Patrick Tooley
as Chairman of the Board of County Commissioners of the
County of Jefferson and Jefferson County Commissioner, District 1,

      Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Motions for Summary Judgment**

**2:00 p.m.**     **Court in session.**

Plaintiff present.

Court's preliminary remarks and statements clarifying its February 28, 2008 Order [203].

**ORDERED:**     Recommendation on Plaintiff's Motion for Leave Under Rule 15(d) to File First Amended Supplement to Third Amended Complaint (Docket 190), filed January 22, 2008 [199], was ruled on pursuant to 2/28/2008 Order [203].

**ORDERED:**     Motion for Leave Under Rule 15(d) to File First Supplement to Third Amended Complaint, filed November 24, 2007 [190], was ruled on pursuant to 2/28/2008 Order [203].

**ORDERED:**     Objection to Magistrate Judge's Recommendation Concerning Plaintiff's Request to Supplement Third Amended Complaint, filed February 8, 2008 [202], was ruled on pursuant to 2/28/2008 Order [203].

**ORDERED:**     Plaintiff's Motion to Supplement Record on Pending Motions for Summary Judgment, filed May 12, 2008 [210], is granted as materials submitted are accepted pursuant to Rule 56.

May 14, 2008
05cv-01016-RPM

| | |
|---|---|
| 2:09 p.m. | Argument by Mr. Tooley [197]. |
| 2:26 p.m. | Argument by Mr. Lyons [196]. |
| 2:43 P.M. | Argument by Mr. Beall. |
| 3:06 p.m. | Rebuttal argument by Mr. Lyons. |
| 3:13 p.m. | Further statements by Mr. Tooley. |

**ORDERED:** **James Congrove's Motion for Summary Judgment, filed January 18, 2008 [197], is denied including the qualified immunity claim.**

**ORDERED:** **Motion for Summary Judgment from Defendant Board of County Commissioners of the Jefferson County, Colorado, filed January 18, 2008 [196], is taken under advisement.**

**ORDERED:** **Additional discovery is permitted with respect to defendant Congrove. Counsel shall submit a proposed discovery schedule.**

**3:17 p.m.** **Court in recess.** Hearing concluded. Total time: 1 hr. 17 min.