IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01016-RPM

MICHAEL L. ZINNA,

        Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO, and JAMES CONGROVE, individually and in his official capacity as Chairman of the Board of County Commissioners of the County of Jefferson and Jefferson County Commissioner, District 1,

        Defendants.

_____

ORDER DENYING DARIL CINQUANTA'S MOTION FOR PROTECTIVE ORDER
_____

On October 31, 2008, Daril Cinquanta filed a motion for a protective order to prevent the taking of his deposition scheduled for November 6, 2008. The plaintiff responded on November 3, 2008. The motion for protective order raises no issues that provide any basis for granting the relief requested except with respect to the time of the deposition. That time has passed. It is now

ORDERED that the motion for protective order is denied and plaintiff's counsel will arrange for a new date for the deposition of Daril Cinquanta.

Dated: November 12th, 2008

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge