IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01016-RPM

MICHAEL L. ZINNA,

       Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO, and JAMES CONGROVE, individually and in his official capacity as Chairman of the Board of County Commissioners of the County of Jefferson and Jefferson County Commissioner, District 1,

       Defendants.

_____

### ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER
_____

After review of the parties' Joint Motion to Modify Scheduling Order, filed December 1, 2008 [235], it is

ORDERED that the joint motion [235] is granted. It is

FURTHER ORDERED that the August 14, 2008 [221] Scheduling Order is modified to extend the discovery cut-off deadline to January 31, 2009 and the defendants' expert disclosure deadline to January 5, 2009.

Dated: December 1st, 2008

                        BY THE COURT:

                        s/ Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge