IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. **05-CV-1016-RPM-MJW**

**MICHAEL L. ZINNA**,

    Plaintiff,

v.

**JAMES CONGROVE**, et al.

    Defendant.

---

**ORDER GRANTING MOTIONS TO MODIFY SCHEDULING ORDER**

---

Upon consideration of the Joint Motion to Modify Scheduling Order [243] and Second Joint Motion to Modify Scheduling Order [244], filed on December 18, 2008, it is

ORDERED that the discovery deadline is extended to January 31, 2009, and Defendant's expert disclosure deadline is extended to January 21, 2009.

DATED this 19th day of December, 2008.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge