IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01016-RPM

MICHAEL L. ZINNA,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO, and JAMES CONGROVE, individually and in his official capacity as Chairman of the Board of County Commissioners of the County of Jefferson and Jefferson County Commissioner, District 1,

    Defendants.

_____

ORDER DENYING DUNCAN BRADLEY'S MOTION FOR PROTECTIVE ORDER
_____

    Upon considering Duncan Bradley's Motion for Protective, filed December 3, 2008 and plaintiff's response, filed December 24, 2008, it is

    ORDERED that the motion is denied.

    Dated: December 24th, 2008

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge