UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01016-RPM

MICHAEL L. ZINNA,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, a body corporate and politic of the State of Colorado,
JAMES CONGROVE, individually, and in his official capacity as Chairman of the Board of County Commissioners of the County of Jefferson and Jefferson County Commissioner, District 1,

    Defendants.

---

## ORDER GRANTING UNOPPOSED MOTION TO AMEND CAPTION

---

Before the Court is the motion by Plaintiff Michael L. Zinna seeking to amend the caption of this action to correctly reflect the identities of the parties, and finding good cause therefore, the Court hereby **GRANTS** the motion, and **ORDERS** as follows:

- The Clerk is directed to amend the caption of this action to reflect that the only defendant in this action is "JAMES CONGROVE, individually, and in his official capacity as Chairman of the Board of County Commissioners of the County of Jefferson and Jefferson County Commissioner, District 1"

- The parties shall so reflect the above in their own submissions to the Court.

Dated: January 9th, 2009

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Senior District Judge Richard P. Matsch