UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01016-RPM

MICHAEL L. ZINNA,

      Plaintiff,

v.

JAMES CONGROVE, individually, and in his official capacity as Chairman of the Board of County Commissioners of the County of Jefferson and Jefferson County Commissioner, District 1,

      Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DISCOVERY CUT-OFF DATE**

---

Upon consideration of the unopposed motion by Plaintiff Michael L. Zinna seeking to extend the discovery cut-off date [252], it is

ORDERED that the discovery cut-off date for the re-opened discovery period is hereby reset to February 18, 2009.

Dated: January 26th, 2009

                BY THE COURT:

                s/Richard P. Matsch

                Richard P. Matsch, Senior District Judge