IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: February 20, 2009
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki
_____

Civil Action No. 05-cv-01016-RPM

MICHAEL L. ZINNA,                                                    Christopher P. Beall

     Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF JEFFERSON, a body corporate and
politic of the State of Colorado and
JAMES CONGROVE, individually and in his official capacity           Patrick Tooley
as Chairman of the Board of County Commissioners of the
County of Jefferson and Jefferson County Commissioner, District 1,

     Defendants,

and

DARIL CINQUANTA,                                                     Steven P. Johnston

     Interested Party.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Protective Order**

**3:30 p.m.      Court in session.**

Plaintiff present.

Court's preliminary remarks and states its understanding of the pending motion.

3:32 p.m.      Mr. Beall states except for this matter discovery is completed.

Argument by Mr. Beall [254].
Mr. Beall states plaintiff is not seeking inquiry with respect to the issue of the wiretap and agrees to the restrictive scope as discussed with the Court.

3:37 p.m.      Argument by Mr. Johnston [254].

**ORDERED:      Daril Cinquanta's Motion for a Protective Order, filed February 4, 2009 [254], is denied. Deposition of Daril Cinquanta permitted and the scope of inquiry is restricted as agreed and stated in court.**

3:40 p.m.      Statements by Mr. Tooley current health status of defendant Congrove.

**ORDERED:      Pretrial conference scheduled May 1, 2009 at 3:00 p.m. and proposed pretrial order to be submitted by April 23, 2009.**

**3:50 p.m.      Court in recess.**     Hearing concluded. Total time: 20 min.