**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                     May 29, 2009
Courtroom Deputy:  J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 05-cv-01016-RPM

MICHAEL L. ZINNA,                                        Christopher P. Beall
                                                        Adam M. Platt

          Plaintiff,

v.

JAMES CONGROVE,                                         Patrick Tooley
                                                        Kevin M. Coates

          Defendant.

_____

**COURTROOM MINUTES**
_____

**Pretrial Conference**

**2:00 p.m.      Court in session.**

Court reviews proposed pretrial order and counsel answer questions.

Discussion and argument regarding Defendant's Motion in Limine [263].

**ORDERED:      James Congrove's Motion in Limine Concerning Improper Damage Claims,
                Filed April 3, 2009 [263], is granted.**

**ORDERED:      Motion for Leave to Submit Limited Sur-reply Addressed to Issues Raised
                for the First Time in Defendant's Reply, filed May 29, 2009 [272], is moot.**

Discussion regarding parties' anticipated trial evidence, witnesses and exhibits.

Court states its trial procedures and practices.

Counsel state there are no videotape depositions.

Counsel agree caption should indicate defendant James Congrove individually only.

**ORDERED:      5 to10 day trial scheduled November 30, 2009.
                Trial preparation conference scheduled November 27, 2009 at 2:00 p.m.
                Trial briefs, proposed voir dire, proposed jury instructions and revised
                proposed pretrial order due October 30, 2009.
                Caption changed to reflect defendant James Congrove only.**

**2:45 p.m.      Court in recess.**      Hearing concluded.  Total time: 45 min.