IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01016-RPM

MICHAEL L. ZINNA,

    Plaintiff,

v.

JAMES CONGROVE,

    Defendants.
_____

ORDER SETTING TRIAL DATE AND TRIAL PREPARATION CONFERENCE
_____

Pursuant to the pretrial conference conducted on May 29, 2009, it is

ORDERED that this matter is set for trial to jury on **November 30, 2009, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

IT IS FURTHER ORDERED that a trial preparation conference is scheduled for **November 27, 2009, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: June 1st, 2009

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge