**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: October 23, 2009
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 05-cv-01016-RPM

MICHAEL L. ZINNA,                                         Christopher P. Beall
                                                          Adam M. Platt
     Plaintiff,

v.

JAMES CONGROVE,                                           Thomas J. Lyons
                                                          Patrick D. Tooley
     Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Protective Order**

**3:27 p.m.      Court in session.**

Plaintiff present.

Court's preliminary remarks.

3:29 p.m.      Argument by Mr. Lyons.

3:36 p.m.      Argument by Mr. Beall.

**ORDERED:    Motion for Protective Order from Non-party Board of County Commissioners of Jefferson County, Colorado, filed September 11, 2009 [277], resolved pursuant to Court's direction as stated on record. Expense to be paid by plaintiff.**

**3:45 p.m.      Court in recess.**

Hearing concluded.  Total time: 18 min.