IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01016-RPM

MICHAEL L. ZINNA,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, COLORADO, and
JAMES CONGROVE, individually,

    Defendants.

___

ORDER DENYING CONGROVE'S RULE 50 MOTION
___

On January 7, 2010, Defendant James Congrove filed a Motion for Judgment as a Matter of Law [324], renewing the motion filed under Fed.R.Civ.P. 50 prior to submission of this case to the jury. The motion again asserts insufficiency of the evidence to support the jury verdict and does not raise any new issues. It is

ORDERED that the motion is denied.

DATED: September 24th, 2010

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge