IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01016-RPM

MICHAEL L. ZINNA,

       Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON ,
   COLORADO, and
JAMES CONGROVE, individually,

       Defendants.

_____

ORDER DENYING BOARD OF COUNTY COMMISSIONERS MOTION TO AMEND
JUDGMENT FOR AWARD OF COSTS
_____

       On January 7, 2010, the Defendant Board of County Commissioners of the County of Jefferson, Colorado, filed a Motion to Amend Judgment for Award of Costs [325]. On May 23, 2008, this Court issued an Order Granting Motion for Summary Judgment of Defendant Board of County Commissioners of Jefferson, County. In that order, the Court did not direct the award of costs in granting summary judgment of dismissal of the claims against the County Commissioners. The plaintiff has filed his opposition to the motion, claiming it to be untimely. No final judgment was entered on the Court's order and, accordingly, the question of award of costs is open. Indeed, Michael Zinna recognizes that the order did not constitute a final judgment because he has separately filed a motion to set aside the Court's May 23, 2008, order, in Document 328, filed January 20, 2010. A separate order addresses that motion. Under

Fed.R.Civ.P. 54(d) costs are to be allowed as of course to the prevailing party unless the Court otherwise directs.  The County correctly observes that the non-prevailing party ordinarily has the burden of demonstrating the reason why costs should not be awarded.  In this case, the plaintiff asserts failures to comply with discovery as misconduct which should prevent the award of costs.

Upon review of the lengthy record of pleadings in this case and the fact that this litigation has been protracted and it also being the view of this Court that while the plaintiff has failed to produce sufficient evidence of official activity by the County as a governmental entity to support his claims of constitutional torts under 42 U.S.C. § 1983, upon review of the record of proceedings in this case, it is reasonable to reject an award of costs.

There was sufficient complexity in the attempt to distinguish individual actions from governmental action in this case to justify the plaintiff's pursuit of the claims against the County Commissioners as the governing body.  An additional reason to deny the award of costs is that this litigation has consumed a substantial amount of court resources and undoubtedly the question of what costs may be awarded would itself be contentious requiring further court involvement.  In sum, the matter should now be put at rest.  It is therefore

ORDERED that the Board of County Commissioners' Motion to Amend Judgment for Award of Costs is denied and it is

FURTHER ORDERED that the Clerk of this court shall now enter final judgment, pursuant to the Court's Order Granting Motion for Summary Judgment of Defendant

Board of County Commissioners of Jefferson County, entered May 23, 2008, dismissing all of the plaintiff's claims made against the Board of County Commissioners of Jefferson County and without the award of costs.

DATED: September 24th, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge