UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01016-RPM

MICHAEL L. ZINNA,

    Plaintiff,

v.

JAMES CONGROVE, individually,

    Defendant.
_____

ORDER PURSUANT TO REQUEST FOR STATUS CONFERENCE ON REMAND
_____

    Pursuant to the Mandate from the United States Court of Appeals for the Tenth Circuit and the opinion of that court directing that this court reconsider the plaintiff's motion for attorney's fees, applying the three factors set forth in *Farrar v. Hobby,* 506 U.S. 103, 116-22 (1992) and the additional order of the appellate court granting the appellant's motion for attorney fees for this appeal with direction that this court determine the amount of the award, it is

    ORDERED that in compliance with those directions, this court will consider the relevant papers on file with this court and the Court of Appeals, including the appellate briefs.

    DATED: October 16th, 2012

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior Judge