UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01016-RPM

MICHAEL L. ZINNA,

    Plaintiff,

v.

JUDY CONGROVE, as personal representative of the estate of James Congrove, deceased,

    Defendant.

_____

ORDER RE APPELLANT'S ATTORNEYS' FEES
_____

    On July 25, 2012, the Tenth Circuit Court of Appeals entered an order granting appellant's motion for attorney fees for the appeal and remanded the matter to this court for a determination of the amount of the award. The appellate court record shows that on June 19, 2012, Tracy L. Ashmore of Robinson Waters & O'Dorisio P.C. filed Appellant's Bill of Costs and Attorneys' Fees stating that Zinna incurred $61,169.00 in attorney fees relating to the appeal and that a supplemented motion would be filed. No such filing was made.

    Christopher Beall has again entered his appearance in this case and is the only attorney of record for the plaintiff.

    To comply with the mandate, it is now

    ORDERED, that counsel for Michael Zinna shall file a motion for attorneys' fees for his appeal pursuant to D.C.ColoLCivR 54.3 on or before November 23, 2012.

    DATED: November 8th, 2012

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge