UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01016-RPM

MICHAEL L. ZINNA,

        Plaintiff,

v.

JUDY CONGROVE, as personal representative of the Estate of James Congrove, deceased,

        Defendant.

---

## DECLARATION OF TRACY L. ASHMORE

---

I, **Tracy L. Ashmore**, declare under penalty of perjury of the laws of the United States of America, as follows:

**1)**      I am over the age of 18.  I am competent to give testimony in this matter.  The statements contained herein are based upon my personal knowledge or my review of the records pertaining to this matter.

**2)**      I am a shareholder of the law firm Robinson, Waters & O'Dorisio, P.C. ("RWO"), and I served as appellate counsel of record for Plaintiff Michael L. Zinna during the appeal proceedings in the above-captioned civil action before the Tenth Circuit.  This declaration is being given in connection with the plaintiff's Application for Award of Appellate Attorney's Fees.

**3)**      Attached here as **Exhibit A-1** is a true and correct copy of a billing statement listing the contemporaneously recorded time entries by myself and the other attorneys and a

paralegal at RWO who worked on Mr. Zinna's Tenth Circuit appeal.  This billing statement

reflects all of the time entries recorded by my firm for this matter.  This billing statement has

been annotated to indicate – in red outlining – those time entries that are not directly related

to RWO's work on the Tenth Circuit appeal, such as ancillary proceedings in the Jefferson

County Probate Court.  I understand that Mr. Zinna is not seeking to recover the fees incurred

for those time entries that are outlined in red in this exhibit.

4)      To summarize the data contained in Exhibit A-1, the plaintiff's fee application

seeks compensation based on the following break-down of time spent by the attorneys and

paralegal working on the Tenth Circuit appeal:

| Name | Hours | Amount |
|------|-------|--------|
| • Tracy L Ashmore: | 190.4 | $57,120.00 |
| • Kimberly A. Breutsch: | 7.6 | $2,090.00 |
| • Laura J. Ellenberger: | 3.5 | $717.50 |
| • John W. O'Dorisio Jr.: | 3.2 | $1,168.00 |
| • Steven L. Waters: | 2.1 | $766.50 |
| • Paralegal | 17.8 | $1,958 |
| **Total:** | **224.6** | **$63,820.00** |

5)      The work reflected in this billing statement encompasses various aspects of the

case, including among other tasks:  (1) work on the opening and reply briefs, (2) work on the

motion to substitute parties after the death of the defendant, (3) preparation and appearance at

the oral argument before the Tenth Circuit, and (4) post-judgment issues related to the Bill of

Costs for the appellate proceedings.

6)      Pursuant to D.C. Colo. L. Civ. R. 54.3.B.2, also attached here as **Exhibit A-2** are

copies of my law firm's online professional biographies of me and my colleagues at RWO.

My professional qualifications include the following:  I have been engaged in the private

practice of law in the State of Colorado since being admitted to the practice in Colorado in 1995.

**7)**    The billing rates reflected in the billing statement in Exhibit A-1 represent the actual hourly rates that RWO charged Mr. Zinna for our work on the appeal in this case: Ashmore - $300/hour, Breutsch - $275/hour, Ellenberger - $205/hour, O'Dorisio and Waters - $365/hour, and paralegal - $110/hour.

**8)**    The billing rates reflected in the spreadsheet in Attachment A-1 are consistent with or below market rates in the Denver market for the kind of work required in the appeal of this case, as is apparent from the District Court's approval of higher rates in the following litigated fee applications in civil rights cases:  *Morris v. Potter*, Case No. 06-cv-00432-MSK-CBS, 2008 WL 5381475, at *6 (D. Colo. Dec. 22, 2008); *Colo. Right to Life Comm., Inc. v. Kaufman*, Case No. 03-cv-01454-WDM, 2008 WL 4197790, at *3 (D. Colo. Sept. 20, 2008); *Lucas v. K-Mart Corp.*, Case No. 99-cv-01923-JLK-CBS, 2006 WL 2729260, at *5, 18 Am. Disabilities Cas. (BNA) 695 (D. Colo. July 27, 2007); *see also Peregrine Comm. Inc. v. Securenet, LLC*, Case No. 08-cv-02277-CBS-KL, 2009 WL 1084829,  at *1 (D. Colo. Apr. 21, 2009).  In the *Lucas* case, Senior Judge John L. Kane concluded that the 2006 requested rate of $330 per hour was "conservative" in light of the evidence presented regarding the Colorado Bar Association's 2001 Survey of Attorney Fees, which showed a top 5% rate of $325/hour in 2000.  *See Lucas*, 2006 U.S. Dist. LEXIS 51420, at *5.

**9)**    In light of the foregoing, I believe the billing rates reflected in RWO's billing statements are reasonable under the circumstances.

**10)**      I also believe that each of the time entries reflected in this billing statement that

have not been excluded represents a reasonable amount of time devoted to the described task,

and each such item represents a task reasonably necessary to the prosecution of the appeal in

this case.

**11)**      The foregoing is true and accurate, to the best of my knowledge.


Executed this 23rd day of November 2012.


By  _/s/ Tracy L. Ashmore_____
                    Tracy L. Ashmore

# Exhibit A-1

to
Declaration of Tracy L. Ashmore

(RWO Billing Statement)

Robinson Waters & O'Dorisio PC
1099 18th St., 26th Floor
Denver, CO  80202
303-297-2600

FEDERAL ID: 84-1376219

Michael Zinna
49 Powell Street
Floor 2
SAN FRANCISCO, CA  94102-2852

REPORT DATE: 11/08/12
CLIENT: 08884

================================================================================
MATTER:  08884.001 JWO  - James Congrove

PROFESSIONAL SERVICES RENDERED THROUGH 11/08/12:

|  | | DATE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| JWO | Review of entry filed by M. Zinna; instructions to legal assistant. | 11/22/10 | 0.20 | 0.0 | NO CHRGE* |
| KAB | Review e-mail regarding pro se entry of appearance. | 11/24/10 | 0.20 | 275.0 | 55.00 |
| JWO | Review of file; conference with M. Zinna, S. Waters and K. Bruetsch; preparation of memorandum; instructions to legal assistant; review of M. Zinna e-mail and notice of entry pro se. | 11/24/10 | 1.30 | 0.0 | NO CHRGE* |
| KAB | Review pleadings received from M. Zinna. | 11/29/10 | 0.80 | 275.0 | 220.00 |
| KAB | Meeting with M. Zinna; conference with counsel for J. Congrove regarding appeal. | 12/01/10 | 1.00 | 275.0 | 275.00 |
| JWO | Conference with K. Bruetsch concerning appeal and docket statement timing issues; review of e-mail to M. Zinna. | 12/01/10 | 0.30 | 365.0 | 109.50 |
| KK | Telephone conference with court of appeals regarding status; organize file and documents from client; research dockets from district court and court of appeals. | 12/01/10 | 1.20 | 110.0 | 132.00 |
| JWO | Conference with K. Bruetsch concerning scope of appeal and timing for entry of appearance; conference with K. Bruetsch and M. Zinna. | 12/02/10 | 0.40 | 365.0 | 146.00 |
| KAB | Review e-mail from M. Zinna regarding M. Yost. | 12/06/10 | 0.20 | 275.0 | 55.00 |

Robinson Waters & O'Dorisio PC
1099 18th St., 26th Floor
Denver, CO  80202
303-297-2600

FEDERAL ID: 84-1376219

REPORT DATE: 11/08/12

Michael Zinna
MATTER: 08884.001 JWO   -  James Congrove
PAGE:   2

========================================================================

| KAB | Revise docketing statement; review entry of appearance; review order resetting deadlines; conference with P. Tooley regarding same. | 12/07/10 | 2.00 | 275.0 | 550.00 |
| KK | Prepare docketing statement and attachments; file and serve same. | 12/07/10 | 0.50 | 110.0 | 55.00 |
| SLW | Voice message to R. Vermeire; conference regarding outstanding issues. | 12/08/10 | 0.60 | 365.0 | 219.00 |
| JWO | Consideration of extension of dates on court schedule; review of e-mail. | 12/08/10 | 0.20 | 0.0 | NO CHRGE* |
| KK | Telephone conference with mediation services at 10th circuit. | 12/08/10 | 0.30 | 110.0 | 33.00 |
| KAB | Review e-mail regarding extension of time to file appeal brief; respond to same. | 12/09/10 | 0.20 | 275.0 | 55.00 |
| KAB | Review docketing statement; telephone conference with opposing counsel regarding status of appeal. | 12/13/10 | 1.00 | 275.0 | 275.00 |
| JWO | Review of M. Zinna e-mail and attachments. | 12/13/10 | 0.30 | 0.0 | NO CHRGE* |
| SLW | Telephone conference with R. Vermeire; conference regarding issues. | 12/13/10 | 0.60 | 365.0 | 219.00 |
| KK | Prepare stipulated motion to supplement record; telephone conference with prior counsel regarding exhibits and transcripts; prepare transcript order form; voice mail to court reporter from district court trial. | 12/15/10 | 1.20 | 110.0 | 132.00 |
| KAB | Revise motion to supplement record on appeal | 12/16/10 | 0.50 | 275.0 | 137.50 |

Robinson Waters & O'Dorisio PC
1099 18th St., 26th Floor
Denver, CO  80202
303-297-2600

FEDERAL ID: 84-1376219

REPORT DATE: 11/08/12

Michael Zinna
MATTER: 08884.001 JWO   -  James Congrove
PAGE:   3

=========================================================================

| | | | | | |
|---|---|---|---|---|---|
| SLW | Telephone conference with R. Vermeire; voice message to J. Nesland. | 12/16/10 | 0.30 | 0.0 | NO CHRGE* |
| KK | Telephone conference with court reporter regarding transcript cost and procedure. | 12/17/10 | 0.30 | 110.0 | 33.00 |
| KAB | Review and revise transcript request; conference with counsel regarding same. | 12/20/10 | 0.40 | 275.0 | 110.00 |
| KAB | Telephone conference with appeals clerk regarding docket and entry of appearance; review minute order; review e-mail from T. Lyons regarding stipulation to supplement record. | 12/21/10 | 0.40 | 275.0 | 110.00 |
| KAB | Review e-mail from M. Zinna regarding M. Yost; conference with S. Waters regarding same. | 12/28/10 | 0.20 | 275.0 | 55.00 |
| JWO | Review of M. Zinna e-mail concerning status of contact with M. Yost's counsel. | 12/28/10 | 0.10 | 0.0 | NO CHRGE* |
| KK | Telephone conference with court reporter regarding trial transcript request. | 12/28/10 | 0.20 | 110.0 | 22.00 |
| JWO | Review of court order establishing January 31 date for filing of appellant's opening brief and transmittal e-mail. | 12/30/10 | 0.20 | 0.0 | NO CHRGE* |
| JWO | Review and respond to M. Zinna e-mail; review of file. | 01/03/11 | 0.30 | 0.0 | NO CHRGE* |
| KK | Telephone conference with mediator regarding procedures; telephone conference with court reporter; telephone conference with court regarding supplemental record; prepare documents and file supplemental record with court. | 01/03/11 | 0.50 | 110.0 | 55.00 |

Robinson Waters & O'Dorisio PC
1099 18th St., 26th Floor
Denver, CO  80202
303-297-2600

FEDERAL ID: 84-1376219

REPORT DATE: 11/08/12

Michael Zinna
MATTER: 08884.001 JWO   -  James Congrove
PAGE:   4

=============================================================================

| | | | | | |
|---|---|---|---|---|---|
| SLW | Conference regarding various issues. | 01/04/11 | 0.80 | 365.0 | 292.00 |
| JWO | Review of file; conference with K. Bruetsch. | 01/04/11 | 0.30 | 0.0 | NO CHRGE* |
| KAB | Attend mediation conference. | 01/05/11 | 2.50 | 275.0 | 687.50 |
| JWO | Conference with M. Zinna and K. Bruetsch concerning settlement telephone conference. | 01/05/11 | 0.40 | 365.0 | 146.00 |
| KK | Telephone conference with 10th circuit mediator; telephone conference with C. Beall's office regarding mediation and obtaining files. | 01/13/11 | 0.30 | 110.0 | 33.00 |
| KAB | Telephone conference with D. Ammers and C. Beall. | 01/14/11 | 0.50 | 275.0 | 137.50 |
| KAB | Review e-mail from M. Zinna regarding mediation status; respond to same. | 01/17/11 | 0.20 | 275.0 | 55.00 |
| KK | Receive and download trial transcripts from court reporter; telephone conferences with court reporter, district court clerk and court of appeals clerk regarding transcripts and record on appeal. | 03/07/11 | 0.60 | 110.0 | 66.00 |
| JWO | Review of order concerning appeal schedule. | 03/08/11 | 0.20 | 0.0 | NO CHRGE* |
| KAB | Conference with S. Waters and J. O'Dorisio regarding appeal brief. | 03/10/11 | 0.40 | 275.0 | 110.00 |
| SLW | Conference regarding brief issues and mediation. | 03/10/11 | 0.40 | 365.0 | 146.00 |
| JWO | Conference concerning briefing schedule and elements of appeal with S. Waters and K. Bruetsch. | 03/10/11 | 0.40 | 365.0 | 146.00 |

Robinson Waters & O'Dorisio PC
1099 18th St., 26th Floor
Denver, CO  80202
303-297-2600

FEDERAL ID: 84-1376219

Michael Zinna                              REPORT DATE: 11/08/12
MATTER: 08884.001 JWO   -  James Congrove
PAGE:   5

========================================================================

| | | | | | |
|---|---|---|---|---|---|
| SLW | Conference regarding issues regarding mediation. | 03/15/11 | 0.80 | 365.0 | 292.00 |
| KAB | Conference with M. Zinna and J. O'Dorisio regarding appeal brief. | 03/18/11 | 0.90 | 275.0 | 247.50 |
| JWO | Conference with M. Zinna and K. Bruetsch regarding appellate brief issues. | 03/18/11 | 0.90 | 365.0 | 328.50 |
| JWO | Review of M. Zinna e-mail; conference with S. Waters and K. Bruetsch regarding brief and amicus brief from ACLU. | 03/28/11 | 0.40 | 312.5 | 125.00 |
| SLW | Conference regarding appeal brief and related issues. | 03/28/11 | 0.60 | 208.3 | 125.00 |
| KAB | Conference with B. Weiss regarding amicus contact; draft e-mail to same; review response to same. | 03/29/11 | 0.50 | 220.0 | 110.00 |
| JWO | E-mails to and from M. Zinna confirming limiting brief to address solely attorney's fee issue; consideration of brief issues with K. Bruetsch and S. Waters. | 03/29/11 | 0.40 | 287.5 | 115.00 |
| KAB | Conference with counsel regarding amicus brief. | 03/31/11 | 0.20 | 200.0 | 40.00 |
| KK | Telephone conference with clerk regarding record; draft motion regarding same; file and serve. | 04/05/11 | 0.40 | 110.0 | 44.00 |
| KK | Telephone conference with court regarding record and court order. | 04/05/11 | 0.20 | 110.0 | 22.00 |
| SLW | Conference regarding record and appeal. | 04/05/11 | 0.60 | 275.0 | 165.00 |

Robinson Waters & O'Dorisio PC
1099 18th St., 26th Floor
Denver, CO  80202
303-297-2600


FEDERAL ID: 84-1376219

REPORT DATE: 11/08/12

Michael Zinna
MATTER: 08884.001 JWO   -  James Congrove
PAGE:   6

====================================================================================

| TLA | Review key portions of trial record on fee request; begin drafting opening brief. | 04/08/11 | 3.50 | 300.0 | 1050.00 |
| KK | Work on record on appeal in preparation for appellant's opening brief. | 04/08/11 | 2.00 | 110.0 | 220.00 |
| TLA | E-mail correspondence with P. Tooley and A. Ringel regarding extension of time to file opening brief; continue drafting same. | 04/11/11 | 1.60 | 300.0 | 480.00 |
| JWO | Consideration of extension request for brief with T. Ashmore. | 04/11/11 | 0.30 | 0.0 | NO CHRGE* |
| TLA | Review Tenth Circuit rules governing extensions of time; review docket; revise motion for extension of time to file opening brief. | 04/12/11 | 0.60 | 300.0 | 180.00 |
| JWO | E-mail to and from M. Zinna concerning extension of brief filing date; conference with T. Ashmore concerning extension for brief and amicus brief. | 04/12/11 | 0.40 | 0.0 | NO CHRGE* |
| KK | Draft motion for extension of time to submit opening brief; file and serve same. | 04/12/11 | 0.50 | 110.0 | 55.00 |
| JWO | Review of unopposed motion for extension of time to file opening brief and transmittal e-mail to client. | 04/14/11 | 0.20 | 0.0 | NO CHRGE* |
| TLA | E-mail correspondence with M. Silverstein and R. Wallace at ACLU regarding potential amicus brief in connection with appeal seeking reversal of trial court's fee award. | 04/15/11 | 0.30 | 300.0 | 90.00 |
| TLA | Continue conferences with M. Silverstein and R. Wallace regarding potential amicus filing. | 04/15/11 | 0.30 | 300.0 | 90.00 |

Robinson Waters & O'Dorisio PC
1099 18th St., 26th Floor
Denver, CO  80202
303-297-2600

FEDERAL ID: 84-1376219

Michael Zinna                           REPORT DATE: 11/08/12
MATTER: 08884.001 JWO   -  James Congrove
PAGE:   7

==========================================================================

| | | | | | |
|---|---|---|---|---|---|
| KK | Draft renewed motion for access to appeal record; file and serve same. | 04/15/11 | 0.50 | 110.0 | 55.00 |
| JWO | Review and respond to M. Zinna e-mails concerning instructions to communicate offer to settle both cases concerning Jefferson County including all co-defendant claims; telephone message to P. Tooley to communicate settlement offer. | 04/18/11 | 0.60 | 365.0 | 219.00 |
| SLW | Conference regarding settlement issues. | 04/18/11 | 0.30 | 365.0 | 109.50 |
| TLA | Telephone conference with M. Silverstein regarding potential amicus filing by ACLU; e-mail correspondence with M. Silverstein regarding same. | 04/28/11 | 0.50 | 300.0 | 150.00 |
| JWO | Review of M. Zinna e-mail and attachment. | 05/02/11 | 0.40 | 0.0 | NO CHRGE* |
| TLA | Review record. | 05/03/11 | 3.60 | 300.0 | 1080.00 |
| TLA | Continue review of record; research regarding law on fee awards to prevailing civil rights plaintiffs; analyze Judge Matsch's fee order and cases cited therein; continue drafting opening brief. | 05/04/11 | 7.90 | 300.0 | 2370.00 |
| TLA | Draft opening brief. | 05/05/11 | 4.40 | 300.0 | 1320.00 |
| TLA | Research regarding impact of early settlement offer on fee award; draft opening brief. | 05/06/11 | 11.10 | 300.0 | 3330.00 |
| TLA | Prepare opening brief. | 05/07/11 | 8.10 | 300.0 | 2430.00 |
| TLA | Draft opening brief; legal research for same; review record; analyze fees incurred by stages of proceedings. | 05/08/11 | 14.10 | 300.0 | 4230.00 |

Robinson Waters & O'Dorisio PC
1099 18th St., 26th Floor
Denver, CO  80202
303-297-2600

FEDERAL ID: 84-1376219

REPORT DATE: 11/08/12

Michael Zinna
MATTER: 08884.001 JWO   -   James Congrove
PAGE:   8

===================================================================

| | | | | | |
|---|---|---|---|---|---|
| TLA | Review related Tenth Circuit appeal brief; draft section of brief regarding related appeal; revise opening brief; prepare record citations; review amended rules in Tenth Circuit; confer with K. Kellow on filing procedure. | 05/09/11 | 7.60 | 300.0 | 2280.00 |
| KK | Work on appeal brief; prepare tables; file same; travel to courthouse to return record and hand deliver brief. | 05/09/11 | 1.50 | 110.0 | 165.00 |
| TLA | Confer with A. Ringel regarding dismissal of appeal against Board. | 05/19/11 | 0.20 | 0.0 | NO CHRGE* |
| JWO | Review of A. Ringel e-mail concerning request for County dismissal; preparation of memorandum. | 05/19/11 | 0.20 | 0.0 | NO CHRGE* |
| JWO | Review of file. | 05/20/11 | 0.20 | 0.0 | NO CHRGE* |
| JWO | Review of M. Zinna e-mail; instructions to legal assistant. | 05/27/11 | 0.30 | 0.0 | NO CHRGE* |
| JWO | Review of T. Ashmore memorandum concerning dismissal of non-appeal related defendants. | 06/06/11 | 0.20 | 0.0 | NO CHRGE* |
| JWO | Review of A. Ringel e-mail concerning dismissal of non-appellate party defendants; review of T. Ashmore e-mail; conference with T. Ashmore. | 06/08/11 | 0.40 | 0.0 | NO CHRGE* |
| JWO | Conference with T. Ashmore regarding additional defendants dismissal; e-mail to and from M. Zinna confirming consent to dismissal; telephone message from A. Ringel (opposing counsel). | 06/09/11 | 0.70 | 0.0 | NO CHRGE* |

Robinson Waters & O'Dorisio PC
1099 18th St., 26th Floor
Denver, CO  80202
303-297-2600


FEDERAL ID: 84-1376219

Michael Zinna                              REPORT DATE: 11/08/12
MATTER: 08884.001 JWO    -  James Congrove
PAGE:   9

==================================================================

| | | | | | |
|---|---|---|---|---|---|
| TLA | Draft stipulation for dismissal of appeal against Board; e-mail correspondence with A. Ringel regarding same. | 06/12/11 | 0.50 | 0.0 | NO CHRGE* |
| JWO | Review of e-mails; preparation of e-mail to M. Zinna concerning dismissal of non-party defendants. | 06/15/11 | 0.40 | 0.0 | NO CHRGE* |
| JWO | Review of M. Zinna e-mail. | 07/02/11 | 0.20 | 0.0 | NO CHRGE* |
| TLA | Telephone conference with P. Tooley regarding appeal and submission of trial exhibits. | 07/13/11 | 0.20 | 300.0 | 60.00 |
| TLA | Review Congrove's answer brief; e-mail correspondence with M. Zinna regarding same. | 07/14/11 | 2.30 | 300.0 | 690.00 |
| JWO | Review of M. Zinna and T. Ashmore e-mails. | 07/14/11 | 0.40 | 0.0 | NO CHRGE* |
| TLA | E-mail correspondence with M. Zinna regarding structure of reply brief and planning meeting to discuss trial. | 07/25/11 | 0.30 | 300.0 | 90.00 |
| TLA | Review appellee's opening brief; review cases cited by appellee. | 07/28/11 | 2.40 | 300.0 | 720.00 |
| TLA | Conference with M. Zinna regarding trial and arguments to raise in reply brief, draft reply brief. | 07/29/11 | 4.60 | 300.0 | 1380.00 |
| TLA | Draft reply brief. | 08/01/11 | 0.80 | 300.0 | 240.00 |
| TLA | Draft reply brief. | 08/02/11 | 3.10 | 300.0 | 930.00 |
| TLA | Draft reply brief. | 08/03/11 | 2.60 | 300.0 | 780.00 |
| TLA | Draft reply brief. | 08/04/11 | 5.00 | 300.0 | 1500.00 |

Robinson Waters & O'Dorisio PC
1099 18th St., 26th Floor
Denver, CO 80202
303-297-2600

FEDERAL ID: 84-1376219

REPORT DATE: 11/08/12

Michael Zinna
MATTER: 08884.001 JWO   - James Congrove
PAGE:  10

==================================================================

| | | | | | |
|-----|-------------------------------------------------------------------------------------------|----------|-------|-------|-----------|
| TLA | Draft reply brief. | 08/05/11 | 11.50 | 300.0 | 3450.00 |
| TLA | Draft reply brief. | 08/06/11 | 14.10 | 300.0 | 4230.00 |
| TLA | Draft reply brief, e-mail correspondence with M. Zinna regarding same; draft supplemental addendum. | 08/07/11 | 5.50 | 300.0 | 1650.00 |
| TLA | Revise and finalize reply brief. | 08/08/11 | 5.90 | 300.0 | 1770.00 |
| KK | Finalize brief; prepare tables; file same; prepare bound copies and hand deliver to court. | 08/08/11 | 2.50 | 110.0 | 275.00 |
| KAB | Meeting with M. Zinna and J. O'Dorisio regarding open matters. | 08/25/11 | 1.00 | 275.0 | 275.00 |
| TLA | Review notice of oral argument. | 09/06/11 | 0.10 | 0.0 | NO CHRGE* |
| KK | Review file; draft notice of appeal. | 09/20/11 | 1.90 | 110.0 | 209.00 |
| TLA | Begin preparation for oral argument. | 11/08/11 | 3.50 | 300.0 | 1050.00 |
| TLA | Continue to prepare for oral argument; confer with M. Zinna regarding trial record. | 11/09/11 | 3.00 | 300.0 | 900.00 |
| TLA | Prepare for oral argument. | 11/10/11 | 8.00 | 300.0 | 2400.00 |
| TLA | Meeting with M. Zinna; continue preparations for oral argument. | 11/11/11 | 5.00 | 300.0 | 1500.00 |
| TLA | Prepare for oral argument. | 11/12/11 | 10.00 | 300.0 | 3000.00 |
| TLA | Prepare for oral argument. | 11/13/11 | 12.00 | 300.0 | 3600.00 |
| TLA | Confer with M. Zinna; prepare for oral argument; deliver oral argument. | 11/14/11 | 2.50 | 300.0 | 750.00 |

Robinson Waters & O'Dorisio PC
1099 18th St., 26th Floor
Denver, CO  80202
303-297-2600

FEDERAL ID: 84-1376219

Michael Zinna                          REPORT DATE: 11/08/12
MATTER: 08884.001 JWO   -  James Congrove
PAGE:  11

=====================================================================

| JWO | Review of M. Zinna e-mail and file. | 01/16/12 | 0.20 | 0.0 | NO CHRGE* |
| TLA | Review notice of death filed by counsel for J. Congrove; e-mail correspondence with M. Zinna regarding same; review rules regarding preserving claim against Congrove estate. | 01/23/12 | 0.30 | 300.0 | 90.00 |
| KAB | Review order to show cause regarding final judgment. | 02/06/12 | 0.20 | 285.0 | 57.00 |
| JWO | Conference with K. Bruetsch and M. Zinna. | 02/17/12 | 0.20 | 0.0 | NO CHRGE* |
| TLA | Review order from Tenth Circuit regarding Congrove Estate; telephone conference with M. Zinna regarding same. | 02/23/12 | 0.10 | 300.0 | 30.00 |
| JWO | Review of court order pertaining to J. Congrove's death; instructions to legal assistant. | 02/23/12 | 0.20 | 0.0 | NO CHRGE* |
| LJE | Legal research regarding motion for substitution of parties under Federal Rules. | 03/07/12 | 2.50 | 205.0 | 512.50 |
| LJE | Draft motion to substitute parties. | 03/09/12 | 1.00 | 205.0 | 205.00 |
| LJE | Revise motion to substitute parties. | 03/12/12 | 0.90 | 205.0 | 184.50 |
| TLA | Review draft response to motion for substitution; e-mail correspondence with P. Tooley regarding same. | 03/18/12 | 0.10 | 300.0 | 30.00 |
| WJB | Confer with T. Ashmore concerning Congrove judgment; search for existence of estate in Jefferson County; confer with T. Ashmore and J. O'Dorisio concerning recommended | 03/19/12 | 1.80 | 285.0 | 513.00 |

Robinson Waters & O'Dorisio PC
1099 18th St., 26th Floor
Denver, CO  80202
303-297-2600


FEDERAL ID: 84-1376219

Michael Zinna                              REPORT DATE: 11/08/12
MATTER: 08884.001 JWO   -  James Congrove
PAGE:  12

==================================================================

| | | | | | | |
|---|---|---|---|---|---|---|
| | steps for filing claim in probate estate including demand for notice and inventory. | | | | | |
| JWO | Review of T. Ashmore's memorandum; consideration of need to file claim in J. Congrove's probated estate; conference with W. Bourke; review of W. Bourke's memorandum. | 03/19/12 | 0.40 | 0.0 | NO CHRGE* | |
| WJB | Confer with T. Ashmore concerning recommended course of action and time for filing claim; confer with J. O'Dorisio concerning same. | 03/20/12 | 0.60 | 285.0 | 171.00 | |
| JWO | Review of W. Bourke's memoranda concerning probate claim. | 03/20/12 | 0.20 | 0.0 | NO CHRGE* | |
| WJB | Investigate Jefferson County probate and newspaper records for information about the Congrove Estate. | 03/21/12 | 0.70 | 325.0 | 227.50 | |
| WJB | Examine contingent and unliquidated statement of claim pursuant to statute; confer with T. Ashmore. | 03/27/12 | 0.80 | 325.0 | 260.00 | |
| WJB | Preliminary draft of claim with contingent and unliquidated statutory component; request detail for court actions from co-counsel. | 03/30/12 | 1.30 | 325.0 | 422.50 | |
| TLA | Confer with W. Bourke regarding filing contingent claim in Congrove estate; e-mail correspondence and telephone conference with M. Zinna regarding same. | 04/03/12 | 0.50 | 300.0 | 150.00 | |
| JWO | Review of T. Ashmore and M. Zinna e-mails concerning filing of contingent claim in J. Congrove's estate. | 04/03/12 | 0.20 | 0.0 | NO CHRGE* | |

Robinson Waters & O'Dorisio PC
1099 18th St., 26th Floor
Denver, CO  80202
303-297-2600

FEDERAL ID: 84-1376219

REPORT DATE: 11/08/12

Michael Zinna
MATTER: 08884.001 JWO   -   James Congrove
PAGE:  13

===========================================================================

| WJB | Confer with T. Ashmore concerning identification of contingent claim connected with appeal; discuss; request further clarification. | 04/04/12 | 0.30 | 325.0 | 97.50 |
|-----|-----|-----|-----|-----|-----|
| WJB | Attempt clarification of the appropriate dates for entry of judgment and taking of the appeal. | 04/12/12 | 0.40 | 325.0 | 130.00 |
| WJB | Confer with T. Ashmore concerning appeal issues; confer with K. Kellow concerning clarification of dates for appeal. | 04/13/12 | 0.60 | 325.0 | 195.00 |
| KK | Research for W. Bourke regarding filing in J. Congrove probate matter. | 04/13/12 | 0.50 | 110.0 | 55.00 |
| WJB | Review statute and case law concerning assertion of contingent and unliquidated claims in a probate estate; confirm details of judgment and parameters of appeal including dates and subject matter; prepare and finalize demand for notice and claim for filing in probate estate of J. Congrove; request follow up for execution of documents by M. Zinna. | 05/24/12 | 2.70 | 325.0 | 877.50 |
| JWO | Review of M. Zinna and T. Ashmore e-mails; instructions to legal assistant. | 06/04/12 | 0.40 | 0.0 | NO CHRGE* |
| TLA | Review and analyze Tenth Circuit's decision ordering remand on fee award; telephone conference with M. Zinna regarding same and next steps. | 06/05/12 | 2.60 | 300.0 | 780.00 |
| WJB | Receive and review appellate decision; advise T. Ashmore concerning relationship to probate claim and procedure. | 06/05/12 | 0.30 | 325.0 | 97.50 |

Robinson Waters & O'Dorisio PC
1099 18th St., 26th Floor
Denver, CO  80202
303-297-2600

FEDERAL ID: 84-1376219

REPORT DATE: 11/08/12

Michael Zinna
MATTER: 08884.001 JWO   -   James Congrove
PAGE:  14

========================================================================

| | | | | | |
|---|---|---|---|---|---|
| JWO | Review of 10th Circuit opinion; conference with T. Ashmore; review of M. Zinna e-mail; instructions to legal assistant. | 06/05/12 | 0.80 | 0.0 | NO CHRGE* |
| JWO | Review of M. Zinna and T. Ashmore e-mails. | 06/13/12 | 0.30 | 0.0 | NO CHRGE* |
| KK | Research regarding bill of costs; gather cost information; telephone conference with circuit court regarding same. | 06/14/12 | 0.50 | 110.0 | 55.00 |
| TLA | Review and revise bill of costs; review rules regarding same; confer with K. Kellow regarding same; e-mail correspondence with M. Zinna regarding same. | 06/18/12 | 1.60 | 300.0 | 480.00 |
| KK | Draft bill of costs. | 06/18/12 | 1.50 | 110.0 | 165.00 |
| JWO | Review of T. Ashmore memorandum; telephone conference with M. Zinna; review of file. | 06/18/12 | 0.50 | 0.0 | NO CHRGE* |
| TLA | Finalize bill of costs; e-mail correspondence and telephone conference with M. Zinna regarding same; telephone conference with M. Zinna and C. Beall regarding next steps. | 06/19/12 | 1.50 | 300.0 | 450.00 |
| KK | Telephone conference with District Court Clerk; revise bill of costs; file and serve same. | 06/19/12 | 0.60 | 110.0 | 66.00 |
| JWO | Review of M. Zinna and C. Beall e-mails; conference with T. Ashmore; telephone conference with M. Zinna. | 06/19/12 | 0.70 | 0.0 | NO CHRGE* |
| TLA | Telephone conference with P. Tooley regarding bill of costs; review Congrove's response to same. | 06/21/12 | 0.60 | 300.0 | 180.00 |

Robinson Waters & O'Dorisio PC
1099 18th St., 26th Floor
Denver, CO  80202
303-297-2600


                                        FEDERAL ID: 84-1376219

  Michael Zinna                      REPORT DATE: 11/08/12
  MATTER: 08884.001 JWO   -  James Congrove
  PAGE:  15

================================================================

| JWO | Review of M. Zinna's and T. Ashmore's e-mails. | 06/21/12 | 0.30 | 0.0 | NO CHRGE* |
| TLA | Conference with J. O'Dorisio regarding status; e-mail correspondence with M. Zinna regarding same; research regarding appellate fees; draft motion for appellate fees; draft reply in support of bill of costs. | 06/22/12 | 9.20 | 300.0 | 2760.00 |
| JWO | Review of T. Ashmore's and M. Zinna's e-mails; conference with T. Ashmore. | 06/22/12 | 0.80 | 0.0 | NO CHRGE* |
| JWO | Review of draft of motion for an award of appellate attorneys fees, revised bill of costs, and T. Ashmore's e-mail; instructions to legal assistant. | 06/23/12 | 0.50 | 0.0 | NO CHRGE* |
| JWO | Review of T. Ashmore's and M. Zinna's e-mails. | 06/24/12 | 0.20 | 0.0 | NO CHRGE* |
| JWO | Consideration of issuance of mandate and T. Ashmore's memorandum. | 06/27/12 | 0.20 | 0.0 | NO CHRGE* |
| TLA | Confer with M. Zinna and J. O'Dorisio regarding status. | 06/28/12 | 0.10 | 300.0 | 30.00 |
| JWO | Review of M. Zinna's and T. Ashmore's e-mails; instructions to legal assistant. | 06/28/12 | 0.40 | 0.0 | NO CHRGE* |
| JWO | Review and revision of correspondence to M. Zinna; instructions to legal assistant; review of M. Zinna's e-mail. | 06/29/12 | 0.40 | 0.0 | NO CHRGE* |
| TLA | Draft reply in support of motion for award of appellate fees. | 07/09/12 | 6.60 | 300.0 | 1980.00 |

Robinson Waters & O'Dorisio PC
1099 18th St., 26th Floor
Denver, CO  80202
303-297-2600

FEDERAL ID: 84-1376219

Michael Zinna
MATTER: 08884.001 JWO  -  James Congrove
PAGE:  16

REPORT DATE: 11/08/12

=============================================================================

| | | | | | |
|---|---|---|---|---|---|
| TLA | Revise and finalize reply in support of motion for award of appellate fees. | 07/10/12 | 1.30 | 300.0 | 390.00 |
| TLA | Review Tenth Circuit order awarding appellate fees and costs; e-mail correspondence with M. Zinna regarding same. | 07/25/12 | 0.50 | 300.0 | 150.00 |
| WJB | Review probate court docket online concerning claims and demands for notice. | 07/25/12 | 0.30 | 325.0 | 97.50 |
| JWO | Conference with T. Ashmore; review of file; review and consideration of order granting costs and fees of appeal; review of correspondence; instructions to legal assistant. | 07/25/12 | 0.40 | 0.0 | NO CHRGE* |
| WJB | Review probate court rules concerning dispute of claim; confer with J. O'Dorisio and T. Ashmore with observations about deadlines facing Mr. Zinna and his remand counsel. | 07/31/12 | 0.50 | 325.0 | 162.50 |
| WJB | Review probate court rules and implications for perfection of Mr. Zinna's claim against Congrove Estate; determine that claim should be maintained in order for Mr. Zinna to have necessary leverage for settlement in connection with remand; confer with RWO co-counsel concerning issues and alternatives. | 08/01/12 | 0.60 | 325.0 | 195.00 |
| WJB | Receive information from probate court; review court rules; confer with RWO co-counsel; draft letter to Mr. Zinna advising him of status and need for remand counsel to assist him with probate court matter. | 08/07/12 | 1.50 | 325.0 | 487.50 |

Robinson Waters & O'Dorisio PC
1099 18th St., 26th Floor
Denver, CO  80202
303-297-2600

FEDERAL ID: 84-1376219

REPORT DATE: 11/08/12

Michael Zinna
MATTER: 08884.001 JWO    -  James Congrove
PAGE:  17

=========================================================================

| | | | | | |
|---|---|---|---|---|---|
| WJB | Receive and review documents e-mailed from probate court including inventory and notice of disallowance; alert J. O'Dorisio concerning sixty-day period within which to bring action in probate court concerning the claim; review updated Colorado statute concerning applicable limitations; confer with other co-counsel concerning whether Mr. Zinna has engaged counsel on remand; discussmandatory deadline facing Mr. Zinna and his need to engage remand counsel to handle probate matter, as well. | 08/16/12 | 1.20 | 325.0 | 390.00 |
| WJB | Confer with J. O'Dorisio and other RWO co-counsel concerning deadline and whether MR. Zinna has engaged counsel to handle remand; prepare letter to Mr. Zinna to forward documents received from probate court and copy of applicable Colorado statute; urge Mr. Zinna to engage remand counsel to handle necessary probate court action to preserve claim before the deadline expires in sixty days; send letter to Mr. Zinna by e-mail and U.S. mail. | 08/17/12 | 1.20 | 325.0 | 390.00 |
| WJB | Check Probate Court electronic filing to confirm that no other claims are on file with the court. | 09/05/12 | 0.30 | 325.0 | 97.50 |
| WJB | Evaluate Probate Code requirements for dispute of disallowance of claim; confer with J. O'Dorisio with recommendations for Mr. Zinna. | 09/10/12 | 0.80 | 325.0 | 260.00 |
| WJB | Discuss status of Mr. Zinna's probate claim with J. O'Dorisio; recommend that Mr. Zinna must engage remand counsel ASAP and that | 09/13/12 | 0.30 | 325.0 | 97.50 |

Robinson Waters & O'Dorisio PC
1099 18th St., 26th Floor
Denver, CO  80202
303-297-2600

FEDERAL ID: 84-1376219

Michael Zinna                          REPORT DATE: 11/08/12
MATTER: 08884.001 JWO   -  James Congrove
PAGE:  18

===========================================================================

counsel must take over probate claim to
avoid unnecessary expense and duplication
of effort.

| | | | | | |
|---|---|---|---|---|---|
| WJB | Draft letter to Mr. Zinna; conference with J. O'Dorisio. | 09/14/12 | 0.50 | 325.0 | 162.50 |
| WJB | Send revised letter to Mr. Zinna per instructions from J. O'Dorisio. | 09/17/12 | 0.30 | 325.0 | 97.50 |
| WJB | Confer regarding status of probate matter and need for substitution of counsel; discuss deadlines facing M. Zinna in probate court proceedings. | 09/21/12 | 0.30 | 325.0 | 97.50 |
| WJB | Preliminary draft of Zinna withdrawal documents; submit to co-counsel for review and comment. | 09/24/12 | 0.60 | 325.0 | 195.00 |
| WJB | Receive instructions and confirmation that RWO will withdraw from probate court matter pertaining to Congrove estate. | 09/28/12 | 0.20 | 325.0 | 65.00 |
| WJB | Finalize withdrawal documents; prepare letter to M. Zinna explaining RWO's withdrawal and emphasizing his need to engage counsel for both the remand and probate proceedings. | 10/01/12 | 0.70 | 325.0 | 227.50 |
| WJB | Telephone conference with M. Gassmann in D.C. with C. Beall's firm concerning probate procedures; requests copy of claim; e-mail copy of claim; review file; copy and forward additional documents that will pertain to remand proceedings in U.S. District Court and action for allowance of claim in probate court; confirming e-mail to M. Gassmann. | 10/12/12 | 1.20 | 325.0 | 390.00 |

Robinson Waters & O'Dorisio PC
1099 18th St., 26th Floor
Denver, CO  80202
303-297-2600

FEDERAL ID: 84-1376219

Michael Zinna                          REPORT DATE: 11/08/12
MATTER: 08884.001 JWO  -  James Congrove
PAGE:  19

====================================================================

| | | | | | |
|---|---|---|---|---|---|
| WJB | Receive court notification that Mr. Beall has entered his appearance for M. Zinna and files the necessary petition in probate court; review status of our motion to withdraw. | 10/15/12 | 0.40 | 325.0 | 130.00 |
| JWO | Review of M. Zinna e-mail and pleadings filed by clients behalf in Congrove probate case; instructions to legal assistant. | 10/15/12 | 0.40 | 365.0 | 146.00 |

PROFESSIONAL SERVICES:                           271.40       $73318.50

COSTS ADVANCED THROUGH 11/08/12:

| | | | | | |
|---|---|---|---|---|---|
| 101 | COPY CHARGES | 12/02/10 | 5 | 0.15 | 0.75 |
| 101 | COPY CHARGES | 12/08/10 | 38 | 0.15 | 5.70 |
| 101 | COPY CHARGES | 12/08/10 | 1 | 0.15 | 0.15 |
| 101 | COPY CHARGES | 12/08/10 | 3 | 0.15 | 0.45 |
| 101 | COPY CHARGES | 12/10/10 | 66 | 0.15 | 9.90 |
| 101 | COPY CHARGES | 12/10/10 | 43 | 0.15 | 6.45 |
| 101 | COPY CHARGES | 12/13/10 | 1 | 0.15 | 0.15 |
| 101 | COPY CHARGES | 12/15/10 | 25 | 0.15 | 3.75 |
| 138 | Delivery Services | 12/31/10 | | | 10.75 |
| 101 | COPY CHARGES | 01/03/11 | 3 | 0.15 | 0.45 |
| 101 | COPY CHARGES | 01/03/11 | 7 | 0.15 | 1.05 |
| 101 | COPY CHARGES | 01/03/11 | 4 | 0.15 | 0.60 |
| 101 | COPY CHARGES | 01/03/11 | 1 | 0.15 | 0.15 |
| 101 | COPY CHARGES | 01/07/11 | 3 | 0.15 | 0.45 |
| 101 | COPY CHARGES | 01/10/11 | 8 | 0.15 | 1.20 |
| 101 | COPY CHARGES | 01/13/11 | 7 | 0.15 | 1.05 |
| 138 | Delivery Services - Swift Courier | 01/15/11 | | | 21.50 |
| 101 | COPY CHARGES | 01/18/11 | 14 | 0.15 | 2.10 |
| 126 | LawToolBox.com - calendar/docket (2) | 04/18/11 | | | 138.00 |
| 101 | COPY CHARGES | 04/21/11 | 2 | 0.15 | 0.30 |
| 101 | COPY CHARGES | 04/22/11 | 16 | 0.15 | 2.40 |
| 101 | COPY CHARGES | 05/05/11 | 78 | 0.15 | 11.70 |
| 101 | COPY CHARGES | 05/05/11 | 12 | 0.15 | 1.80 |
| 101 | COPY CHARGES | 05/05/11 | 1 | 0.15 | 0.15 |

Robinson Waters & O'Dorisio PC
1099 18th St., 26th Floor
Denver, CO  80202
303-297-2600

FEDERAL ID: 84-1376219

Michael Zinna                           REPORT DATE: 11/08/12
MATTER: 08884.001 JWO   -   James Congrove
PAGE:  20

========================================================================

| | | | | | |
|---|---|---|---|---|---|
| 101 | COPY CHARGES | 05/09/11 | 378 | 0.15 | 56.70 |
| 101 | COPY CHARGES | 05/10/11 | 2 | 0.15 | 0.30 |
| 101 | COPY CHARGES | 05/10/11 | 57 | 0.15 | 8.55 |
| 101 | COPY CHARGES | 05/10/11 | 10 | 0.15 | 1.50 |
| 105 | Computerized Legal Research - re appeal | 06/12/11 | | | 149.21 |
| 105 | Computerized Legal Research | 08/06/11 | | | 781.44 |
| 101 | COPY CHARGES | 08/08/11 | 27 | 0.15 | 4.05 |
| 101 | COPY CHARGES | 08/08/11 | 27 | 0.15 | 4.05 |
| 101 | COPY CHARGES | 08/08/11 | 369 | 0.15 | 55.35 |
| 101 | COPY CHARGES | 08/10/11 | 5 | 0.15 | 0.75 |
| 104 | Postage | 08/19/11 | | | 0.44 |
| 101 | COPY CHARGES | 11/07/11 | 121 | 0.15 | 18.15 |
| 101 | COPY CHARGES | 11/07/11 | 2 | 0.15 | 0.30 |
| 101 | COPY CHARGES | 11/07/11 | 1 | 0.15 | 0.15 |
| 101 | COPY CHARGES | 11/07/11 | 1 | 0.15 | 0.15 |
| 101 | COPY CHARGES | 11/07/11 | 1 | 0.15 | 0.15 |
| 101 | COPY CHARGES | 11/07/11 | 1 | 0.15 | 0.15 |
| 105 | Computerized Legal Research | 11/13/11 | | | 2076.52 |
| 105 | Computerized Legal Research | 03/07/12 | | | 10.98 |
| 101 | COPY CHARGES | 06/01/12 | 4 | 0.15 | 0.60 |
| 141 | JusticeLink - Claim - Michael Zinna; demand for notice of filings or orders. | 06/01/12 | | | 36.18 |
| 101 | COPY CHARGES | 06/18/12 | 10 | 0.15 | 1.50 |
| 101 | COPY CHARGES | 06/18/12 | 5 | 0.15 | 0.75 |
| 104 | Postage | 06/20/12 | | | 0.45 |
| 105 | Computerized Legal Research | 06/22/12 | | | 100.22 |
| 105 | Computerized Legal Research | 07/09/12 | | | 22.44 |
| 101 | COPY CHARGES | 08/07/12 | 2 | 0.15 | 0.30 |
| 101 | COPY CHARGES | 08/17/12 | 2 | 0.15 | 0.30 |
| 104 | Postage | 08/20/12 | | | 0.45 |
| 101 | COPY CHARGES | 10/01/12 | 2 | 0.15 | 0.30 |
| 101 | COPY CHARGES | 10/01/12 | 5 | 0.15 | 0.75 |
| 104 | Postage | 10/19/12 | | | 0.65 |

```
                                                        ------------
TOTAL COSTS ADVANCED:                                     $3554.73
                                                        ------------

TOTAL REPORT:                                            $76873.23
                                                        ============
```

# Exhibit A-2

to
Declaration of Tracy L. Ashmore

(RWO Online Biographies)

## Tracy L. Ashmore

Serving the Rocky Mountain States from offices in Denver and Telluride, Colorado



**Tracy L. Ashmore**

tashmore@rwolaw.com (mailto:tashmore@rwolaw.com)

**Download vCard:**

Tracy L Ashmore.vcf (http://rwolaw.com/sites/rwolaw.com/files/Tracy L Ashmore.vcf)

B.A., University of Colorado at Denver, with distinction

J.D., University of Colorado School of Law, 1995

**Bar and Courts:**

Admitted in Colorado since 1995
Colorado Bar Association, Bar Fellow
Colorado Women's Bar Association, Member
United States Supreme Court
Colorado Lawyers Committee, Board of Directors

Tracy Ashmore is a shareholder at
Robinson Waters & O'Dorisio. She represents clients in competition law and business trials, with an emphasis on antitrust, commercial, real estate, and insurance coverage disputes. Ms. Ashmore also has many years of experience protecting the rights of consumers, lenders and developers.

As an experienced trial lawyer, Ms. Ashmore is highly attuned to the potential costs and risks of litigation . While she enthusiastically takes cases to trial when necessary to obtain the most advantageous results for her clients, Ms. Ashmore is also a skilled negotiator who has achieved favorable settlements for her clients in the United States and abroad. Ms. Ashmore has more than 20 years of experience handling complex cases in the state, federal, and appellate court as well as before the Federal Trade Commission and the Colorado State Attorney General's office. The breadth and depth of her litigation expertise is evidenced by her successful representation of clients such as Sun Microsystems, JP Morgan Chase, Wells Fargo, Britco of Canada and Miletti, S.A. of Spain.

Committed to giving back to the community, Ms. Ashmore is a member of the Board of Directors of the Colorado Lawyers Committee. She served as lead counsel in a class action pro bono litigation achieving reform of the State of Colorado's Medicaid policies. Her actions led to her being recognized as Individual of the Year.

**Areas of Practice:**

**Antitrust & Competition Law** (http://rwolaw.com/antitrust.html)

**Commercial Disputes** (http://rwolaw.com/commercial-disputes.html)

**Representative Cases:**

*Lorilard Tobacco Company v. I and G Liquors* - Obtained victory in the Tenth Circuit Court of Appeals protecting tradmark rights in Lanham Act suit

*Federal Trade Commission v. Resolve Credit Counseling* – Defeated government's motion for preliminary injunction asserting deceptive trade practices against debt settlement company resulting in favorable settlement

*Federal Trade Commission v. Your Magazine Provider, Inc.* – Defeated government's motion for preliminary injunction against magazine subscription company resulting in favorable settlement

*Serenity Ridge v. DOA II* – Protected developer's rights in condominium project against individual's claimed ownership of property outside the development's boundaries

*Gardner v. Britco* – Successfully represented Canadian builder Britco (builder of winter Olympics Village in Vancouver) in suit brought by homeowner for defective construction

*Britco v. Michelle Kaufmann Designs* – Successfully represented Britco in its suit against Michelle Kaufmann over defective architectural plans

*Cyto-Charge, Inc. v. Metabolife International, Inc.* – Successfully represented plaintiff in intellectual property matter obtaining substantial lost profit damages

*TeleTech v. Milletti et al.* – Successfully defended multimillion dollar fraud and breach of contract claims against a Spanish corporation and its officers

## Kimberly A. Bruetsch

**Serving the Rocky Mountain States from offices in Denver and Telluride, Colorado**



**Kimberly A. Bruetsch**
kbruetsch@rwolaw.com (mailto:kbruetsch@rwolaw.com)

**Download vCard:**
Kimberly A Bruetsch.vcf (http://rwolaw.com/sites/rwolaw.com/files/Kimberly A Bruetsch.vcf)

B.A. in English, Monmouth College *Cum Laude,* 1987
J.D., University of Denver College of Law, 2000

Kimberly A. Bruetsch earned her Bachelor of Arts in English, cum laude, from Monmouth College in Monmouth, Illinois, in 1997 and her J.D. from the University of Denver College of Law in 2000, where she graduated Order of St. Ives and was a member of the Transportation Law Journal. Prior to joining RWO, Kim served as a law clerk for the Honorable Bobby R. Baldock on the Tenth Circuit Court of Appeals.

**Areas of Practice:**

**Appeals** (/appeals.html)

**Arbitration & Mediation** (/arbitration_mediation.html)

**Commercial Disputes** (/commercial-disputes.html)

**Commercial Transactions** (/commercial-transactions.html)

**Employment Law** (/employment.html)

**Trademark & Copyright Infringement, Trade Secret Protection** (/intellectual-property-litigation.html)

## Laura J. Ellenberger

**Serving the Rocky Mountain States from offices in Denver and Telluride, Colorado**



**Laura J. Ellenberger**

lellenberger@rwolaw.com (mailto:lellenberger@rwolaw.com)

B.S. in Business Administration, Drexel University, 2006
J.D., University of Colorado, 2011

**Bar and Courts:**

Colorado Bar Association
Denver Bar Association

Laura J. Ellenberger graduated *magna cum laude* from Drexel University in 2006 with a Bachelor of Science in Business Administration with a dual concentration in Finance and Accounting.  She received her J.D. from the University of Colorado Law School in 2011 where she also earned the Entrepreneurial Law Certificate.  Prior to attending law school, Laura worked as a tax senior associate for KPMG, LLP in Philadelphia, Pennsylvania.  She is a member of the Colorado and Denver Bar Associations.

**Areas of Practice:**

Business Entities (http://rwolaw.com/business-entities.html)

Commercial Disputes (http://rwolaw.com/commercial-disputes.html)

Commercial Transactions (http://rwolaw.com/commercial-transactions.html)

Trademark & Copyright Infringement, Trade Secret Protection (http://rwolaw.com/commercial-transactions.html)

Trademark, Copyright & Trade Secrets (http://rwolaw.com/commercial-transactions.html)

# John W. O'Dorisio, Jr.

**Serving the Rocky Mountain States from offices in Denver and Telluride, Colorado**



**John W. O'Dorisio, Jr.**

jodorisio@rwolaw.com (mailto:jodorisio@rwolaw.com)

**Download vCard:**

John W O'Dorisio Jr .vcf (http://rwolaw.com/sites/rwolaw.com/files/John W
O'Dorisio Jr .vcf)

BSBA, Real Estate and Construction Management, University of
Denver, *Cum laude*, 1974

J.D., University of Denver, 1976

John W. O'Dorisio, Jr. is a managing and founding shareholder of the Denver-based law firm, Robinson Waters &
O'Dorisio, P.C. and he chairs the firm's real estate practice department. He is the firm's most experienced
attorney in corporate and real estate law. John provides counsel in complex and significant commercial real
estate transactions to developers and lending institutions. He works with commercial real estate credit facilities
on workout deals including renegotiating loan terms for commercial real estate clients, modification of loan
agreements and modification of deeds in lieu of foreclosure. He also has extensive experience in drafting and
negotiating commercial leases. Recently, John led an interactive lecture on commercial office leasing with MS
degree candidates at the University of Denver's Franklin L. Burns School of Real Estate and Construction
Management.

**Relevant Experience**

- Represented a major sports franchise participating in a $1.3 Billion league-wide credit facility
- Represented an international manufacturer in one of the largest plant relocations and condemnation
  dispositions for the RTD FasTracks project
- Served as counsel to the Denver Broncos in the leasing, construction, financing and licensing of INVESCO
  Field at Mile High.
- Counsel to the seller of Denver Place, a 1.5 million square foot multi-use commercial development in
  Downtown Denver.
- Counsel to seller of REUNION, a 2,800 acre planned community in Commerce City, Colorado.
- Counsel to purchaser of the Golden Mardi Gras Casino in Black Hawk, Colorado.

He is a member of the real estate and title sections of the Colorado Bar Association.

**Areas of Practice:**

**Banking & Finance** (/banking.html)

**Business Entities** (/business-entities.html)

**Commercial Transactions** (/commercial-transactions.html)

**Eminent Domain** (http://rwolaw.com/eminent-domain.html)

**Real Estate** (/real-estate.html)

**Reorganization, Workouts & Bankruptcy** (/bankruptcy.html)

## Stephen L. Waters

**Serving the Rocky Mountain States from offices in Denver and Telluride, Colorado**



**Stephen L. Waters**

swaters@rwolaw.com (mailto:swaters@rwolaw.com)

**Download vCard:**

Stephen L Waters.vcf (http://rwolaw.com/sites/rwolaw.com/files/Stephen L Waters.vcf)

B.S. in Business Administration, University of Kansas, 1967

J.D., University of Missouri School of Law, 1971

Stephen L. Waters attended Georgetown University prior to entering the University of Kansas School of Business where he received a Bachelor of Science degree in Business Administration. After graduating from the University of Missouri School of Law in 1971, he served as a Deputy District Attorney in Denver until he accepted a position in the 9th Judicial District as the Chief Trial Deputy and Assistant District Attorney. In this capacity Mr. Waters tried every felony in the district and was the Deputy in charge of the Aspen office. He eventually accepted a position as an Assistant United States Attorney for the District of Colorado and remained in that capacity before he, Pete Robinson and fellow shareholder, John O'Dorisio, formed Robinson Waters and O'Dorisio P.C. ("RWO").

Mr. Waters' practice is primarily centered in Denver, Colorado and the surrounding counties, but he has had significant trial experience in most of the western states.

Mr. Waters continues to be actively involved in the federal defense bar and a portion of his practice is dedicated to white collar criminal defense. He is admitted to the Supreme Court of the United States, and he is an active member of the Colorado Trial Lawyer's Association and the Colorado and Denver Bar Associations.

**Areas of Practice:**

**Appeals** (/appeals.html)

**Arbitration & Mediation** (/arbitration_mediation.html)

**Commercial Disputes** (/commercial-disputes.html)

**Construction** (/construction.html)

**Eminent Domain** (/eminent-domain.html)

**Securities** (/securities.html)

**White Collar Criminal Defense** (/white-collar-criminal.html)