UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01016-RPM

MICHAEL L. ZINNA,

      Plaintiff,

v.

JUDY CONGROVE, as personal representative of the estate of James Congrove, deceased,

      Defendant.

_____

### ORDER FOR ENTRY OF FINAL JUDGMENT
_____

Pursuant to the Findings, Conclusions and Order on Plaintiff's Application for Attorneys' Fees Upon Remand entered on November 8, 2012, and the Order Awarding Appellate Attorney Fees entered by this Court today, it is now

ORDERED, that the Clerk shall enter judgment awarding plaintiff Michael Zinna attorney fees of $34,927.50 for legal services of trial and appellate counsel recoverable from defendant Judy Congrove, as personal representative of the estate of James Congrove, deceased, pursuant to 42 U.S.C. § 1988(b).

DATED: March 15th, 2013

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge