UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01016-RPM

MICHAEL L. ZINNA,

    Plaintiff,

v.

JUDY CONGROVE, as personal representative of the estate of James Congrove, deceased,

    Defendant.

_____

## FINAL JUDGMENT
_____

    Pursuant to the Order for Entry of Final Judgment entered by Senior Judge Richard P. Matsch today, it is

    ORDERED AND ADJUDGED, that plaintiff Michael Zinna is awarded attorney fees in the sum of $34,927.50 for legal services of trial and appellate counsel recoverable from defendant Judy Congrove, as personal representative of the estate of James Congrove, deceased.

    DATED: March 15th, 2013

                FOR THE COURT:

                JEFFREY P. COLWELL, Clerk

                    s/M. V. Wentz
                By_____
                        Deputy