UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01016-RPM

MICHAEL L. ZINNA,

    Plaintiff,

v.

JUDY CONGROVE, as personal representative of the estate of James Congrove, deceased,

    Defendant.

_____

## ORDER DIRECTING REASSIGNMENT
_____

    Pursuant to the Order of the Tenth Circuit Court of Appeals, entered June 5, 2014, and the Mandate issued today, it is

    ORDERED that the Clerk of this Court shall reassign this civil action to proceed in accordance with the opinion reversing the award of $16,240.00 in attorney fees for the trial proceedings.

    DATED: July 11th, 2014

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge